No. 77–1534. SOUTH CENTRAL BELL TELEPHONE CO. *v.* LOUISIANA PUBLIC SERVICE COMMISSION. Sup. Ct. La. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.

No. 77–1548. SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL NO. 3 *v.* SIEBLER HEATING & AIR CONDITIONING, INC., ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–6539. DENNEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 77–6616. LAYTON *v.* POGUE, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–1091. EPSTEIN *v.* CIVIL SERVICE COMMISSION ET AL., 435 U. S. 911;

No. 77–1190. ALL ISLAND DELIVERY SERVICE, INC., ET AL. *v.* UNITED STATES ET AL., 435 U. S. 1007;

No. 77–1357. COLEMAN *v.* VIRGINIA, 435 U. S. 997;

No. 77–6235. BRETZ *v.* CRIST, WARDEN, 436 U. S. 908; and

No. 77–6303. BANKS ET AL. *v.* UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 436 U. S. 908. Petitions for rehearing denied.